IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO DIAZ-GONZALEZ aka Alvaro Diaz<br><br>Defendant. | CASE NO. 5:25-MJ-00064-CDB<br><br>ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME<br><br>(Doc. 13) |

The Court has read and considered the parties' stipulation to continue the preliminary hearing in this case and exclude time (Doc. 13). The Court finds there is good cause for the continuance so as to allow defense counsel reasonable time to complete her review of the discovery, prepare for any litigation, and fully consider a pre-indictment resolution. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Therefore, for good cause shown:

1. The preliminary hearing is continued from October 8, 2025, until November 5, 2025, at 2:30 p.m., before the undersigned; and

///

///

///

1

2. The period from October 1, 2025, through November 5, 2025, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **October 1, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

2